| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in compliance with D.N.J. LBR 9004-1(b) |
| Rodney Kelly<br>9 Spindletop Lane<br>Willingboro, New Jersey 08046<br>Tel: 609-534-3874<br>*"Debtor"* (*Pro Se*) |
| In Re:<br><br>Rodney Jose Kelly a/k/a Rodney J. Kelly a/k/a Rodney Kelly<br><br>Debtor |

U.... ....Y COURT
......N, NJ

2019 FEB -7 P 4: 00

JE.... ...AUGHTON

BY: _____
DEPUTY CLERK

Case No.: 19-11490-MBK

Chapter: 13

Judge: Hon. Michael B. Kaplan

## CERTIFICATION OF DEBTOR IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING CREDIT COUNSELING

I, Rodney Kelly, the debtor in this matter appearing pro se, hereby sets forth the following statements in response to the Order to Show Cause issued by the Court regarding debtor's failure to complete credit counseling 180 days before filing a petition on January 24, 2019, by stating as follows:

1. On January 24, 2019, the debtor filed a chapter 13 bankruptcy petition to commence the instant matter and indicated at Line 15 from Form 101 that debtor received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I did not have a certificate of completion.

2. I made the aforementioned election regarding credit counseling within the petition because days before I filed this bankruptcy petition, I attempted to sign up for credit counseling through Dollar Learning Foundation, Inc. ("DLF") online at

1

I certify that the foregoing statements made by me are true, and the motion along with the bankruptcy petition at bar, are made in good faith. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: February 7, 2019

_____
Rodney Kelly
*"Debtor"*