Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19–11490–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   aka Rodney J. Kelly, aka Rodney Kelly
   9 Spindletop Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–2163

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        3/26/19
Time:        10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 26, 2019
JAN: wdr

                                  Jeanne Naughton
                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-11490-MBK
Rodney Jose Kelly                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Feb 26, 2019
                              Form ID: 132           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.
```
db           +Rodney Jose Kelly,    9 Spindletop Lane,    Willingboro, NJ 08046-1416
518049308    +Carrington Mortgage,    1600 South Douglass Rd,    Suite 200-A,    Anaheim, CA 92806-5951
517986369     FGC Commercial Mortgage Fianance,    DBA Fremont Mortgage,    175 North Riverview Dr.,
               Anaheim, CA 92808-1225
518049310     GM Financial,    POB183593,   Arlington, TX 76096-3853
518049309     Ocwen Loan Servicing LLC,    POB 24738,    West Palm Beach, FL 33416-4738
518049314     Pep Boys,    3111 West Alleghany Ave,    Philadelphia, PA 19132-1116
518049315     Rushmore Services Center,    POB 5508,    Sioux Falls, SD 57117-5508
518049307    +Wells Fargo,   4143 121 St,    Urbandale, IA 50323-2310
517986371     Willingboro Township,    Attn: Tax Collector,    1 Dr. M.L. King Drive,    Willingboro, NJ 08046
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2019 00:03:55    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2019 00:03:52     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518049311    +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 27 2019 00:04:29    Harley Davidson Credit,
               3850 Arrowhead Dr,   Carson City, NV 89706-2016
517986370     E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2019 00:04:07    Fingerhut,
               Attn: Jefferson Caapital Systems,    16 McLeland Rd.,   St. Cloud, MN 56303-2198
518049312     E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2019 00:04:07    Jefferson Capital System,
               16 McLeland Rd,   Saint Cloud, MN 56303
518049313     E-mail/PDF: cbp@onemainfinancial.com Feb 27 2019 00:07:06    One Main,   POB 140489,
               Irving, TX 75014-0489
517988252    +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2019 00:07:51    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mark W Ford    on behalf of Debtor Rodney Jose Kelly markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```