Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11490−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   aka Rodney J. Kelly, aka Rodney Kelly
   9 Spindletop Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2163

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule N/A on N/A or to the List of Creditors on February 25, 2019 , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.  until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: February 26, 2019
JAN: wdr

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-11490-MBK
Rodney Jose Kelly                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 26, 2019
                              Form ID: oresadoc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db             +Rodney Jose Kelly,    9 Spindletop Lane,    Willingboro, NJ 08046-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2019 00:03:52     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mark W Ford    on behalf of Debtor Rodney Jose Kelly markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4