| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in compliance with D.N.J. LBR 9004-1(b) |
|---|
| Rodney Kelly<br>9 Spindletop Lane<br>Willingboro, New Jersey 08046<br>Tel: 609-534-3874<br>"*Debtor*" (*Pro Se*) |
| In Re:<br><br>Rodney Jose Kelly a/k/a Rodney J. Kelly a/k/a Rodney Kelly<br><br>Debtor |

Order Filed on March 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-11490

Chapter: 13

Hearing Date: February 26, 2019

Judge: Hon. Michael B. Kaplan

**ORDER AMENDING THE ORDER ENTERED ON MAY 25, 2017 IN CASE NO. 16-11256 AND EXTENDING THE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 1, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Rodney Kelly, the debtor in this matter appearing *pro se*, for cause shown, it is

ORDERED that the portion of the Order entered in Case No. 16-11256 on May 25, 2017, holding that the automatic stay shall not apply to any future filings by the debtor, is herein set aside.

It is further ORDERED that the Automatic Stay is extended pursuant to 11 U.S.C. § 362(c)(3)(B) to all creditors beyond the 30th day following the filing of the instant bankruptcy petition.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.