Order Filed on March 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-1(b)

Rodney Kelly
9 Spindletop Lane
Willingboro, New Jersey 08046
Tel: 609-534-3874
*"Debtor"* (*Pro Se*)

In Re:

Rodney Jose Kelly a/k/a Rodney J. Kelly
a/k/a Rodney Kelly

              Debtor

Case No.: 19-11490

Chapter: 13

Hearing Date: February 26, 2019

Judge: Hon. Michael B. Kaplan

## ORDER AMENDING THE ORDER ENTERED ON MAY 25, 2017 IN CASE NO. 16-11256 AND EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 1, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Rodney Kelly, the debtor in this matter appearing *pro se*, for cause shown, it is

ORDERED that the portion of the Order entered in Case No. 16-11256 on May 25, 2017, holding that the automatic stay shall not apply to any future filings by the debtor, is herein set aside.

It is further ORDERED that the Automatic Stay is extended pursuant to 11 U.S.C. § 362(c)(3)(B) to all creditors beyond the 30th day following the filing of the instant bankruptcy petition.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney Jose Kelly  
       Debtor

Case No. 19-11490-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 01, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db             +Rodney Jose Kelly,    9 Spindletop Lane,    Willingboro, NJ 08046-1416
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
```
          Albert    Russo    docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Mark W Ford    on behalf of Debtor Rodney Jose Kelly markfordlaw@juno.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                         TOTAL: 4