UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MARK W. FORD, ESQUIRE
LAW OFFICES OF MARK W. FORD, LLC
4 1/2 NORTH BROADWAY
GLOUCESTER CITY, NJ 080340
(856) 456-8811

In Re:

Rodney Jose Kelly

Case No.: 19-11490

Chapter: 13

Adv. No.: N/A

Hearing Date:

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, __Regina Perfetti__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Mark W. Ford, Esq.__, who represents __Debtor, Rodney Jose Kelly__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 4, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Respecting Amendment to Schedules, Notice of Hearing on Confirmation of Plan, Notice of Chapter 13 Filing,

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 4, 2019 b

/s/ Regina Perfetti
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U. S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Creditors on the attached list | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Label Matrix for local noticing
0312-3
Case 19-11490-MBK
District of New Jersey
Trenton
Mon Mar  4 15:36:57 EST 2019

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608-1507

Carrington Mortgage
1600 South Douglass Rd
Suite 200-A
Anaheim, CA 92806-5951

FGC Commercial Mortgage Fianance
DBA Fremont Mortgage
175 North Riverview Dr.
Anaheim, CA 92808-1225

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

GM Financial
POB183593
Arlington, TX 76096-3853

Harley Davidson Credit
3850 Arrowhead Dr
Carson City, NV 89706-2016

Ocwen Loan Servicing LLC
POB 24738
West Palm Beach, FL 33416-4738

One Main
POB 140489
Irving, TX 75014-0489

Pep Boys
3111 West Alleghany Ave
Philadelphia, PA 19132-1116

Rushmore Services Center
POB 5508
Sioux Falls, SD 57117-5508

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

Wells Fargo
4143 121 St
Urbandale, IA 50323-2310

Willingboro Township
Attn: Tax Collector
1 Dr. M.L. King Drive
Willingboro, NJ 08046

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

Mark W Ford
Law Office of Mark W. Ford, LLC
P.O. Box 110
4 1/2 North Broadway
Gloucester City, NJ 08030-0110

Rodney Jose Kelly
9 Spindletop Lane
Willingboro, NJ 08046-1416

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fingerhut
Attn: Jefferson Caapital Systems
16 McLeland Rd.
St. Cloud, MN 56303-2198

(d)Jefferson Capital System
16 McLeland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A., as Trustee for Car

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18