UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF MARK W. FORD, LLC
MARK W. FORD, ESQUIRE
4 1/2 N. BROADWAY
P.O. BOX 110
GLOUCESTER CITY, NJ 08030
856-456-8811

In Re:

RODNEY JOSE KELLY A/K/A RODNEY J. KELLY A/K/A RODNEY KELLY

Case No.: 19-11490

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Mark W. Ford, Esquire__ will be substituted as attorney of record for __Rodney Jose Kelly__, __pro se__ in this case.[1]

Date: 3/7/19

/s/ Rodney Jose Kelly
Signature of Former Attorney

Date: 3/7/19

/s/ Mark W. Ford, Esquire
Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.