Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11490−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   aka Rodney J. Kelly, aka Rodney Kelly
   9 Spindletop Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2163

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/10/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 11, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-11490-MBK
Rodney Jose Kelly                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Apr 11, 2019
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db             +Rodney Jose Kelly,    9 Spindletop Lane,    Willingboro, NJ 08046-1416
518049308      +Carrington Mortgage,    1600 South Douglass Rd,    Suite 200-A,    Anaheim, CA 92806-5951
517986369       FGC Commercial Mortgage Fiance,    DBA Fremont Mortgage,    175 North Riverview Dr.,
                 Anaheim, CA  92808-1225
518049310       GM Financial,    POB183593,    Arlington, TX  76096-3853
518049309       Ocwen Loan Servicing LLC,    POB 24738,    West Palm Beach, FL  33416-4738
518049314       Pep Boys,    3111 West Alleghany Ave,    Philadelphia, PA  19132-1116
518049315       Rushmore Services Center,    POB 5508,    Sioux Falls, SD  57117-5508
517986371       Willingboro Township,    Attn: Tax Collector,    1 Dr. M.L. King Drive,    Willingboro, NJ  08046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
518049311      +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 12 2019 00:10:36       Harley Davidson Credit,
                 3850 Arrowhead Dr,    Carson City, NV 89706-2016
518062239       EDI: JEFFERSONCAP.COM Apr 12 2019 03:28:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517986370       EDI: JEFFERSONCAP.COM Apr 12 2019 03:28:00      Fingerhut,    Attn: Jefferson Caapital Systems,
                 16 McLeland Rd.,    St. Cloud, MN  56303-2198
518049312       EDI: JEFFERSONCAP.COM Apr 12 2019 03:28:00      Jefferson Capital System,    16 McLeland Rd,
                 Saint Cloud, MN  56303
518049313       EDI: AGFINANCE.COM Apr 12 2019 03:28:00      One Main,    POB 140489,    Irving, TX  75014-0489
518144135       EDI: PRA.COM Apr 12 2019 03:28:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517988252      +EDI: RMSC.COM Apr 12 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518049307      +EDI: WFFC.COM Apr 12 2019 03:28:00      Wells Fargo,    4143 121 St,    Urbandale, IA 50323-2310
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Albert Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
                kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mark W Ford    on behalf of Debtor Rodney Jose Kelly markfordlaw@juno.com
              Mark W Ford    on behalf of Trustee Albert  Russo markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6