| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Rodney Jose Kelly | Case Number:  19-11490<br>Hearing Date: May 14, 2019 at 9:00 a.m.<br>Judge: Michael B. Kaplan<br>Chapter: 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**SUPPLEMENTAL CERTIFICATION TO DEBTOR'S MOTION TO VACATE DISMISSAL**

Regina Perfetti, of full age, does hereby certify and state:

1.   I am the secretary to Mark W. Ford, Esquire, attorney for the debtor in the above-captioned matter and have personal knowledge of the facts stated herein.

2.   On March 28, 2019, I submitted through Chapter 13 docs, the Deed and Proof of Homeowners Insurance. (See attached Exhibit A and B)

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: April 29, 2019        /s/Regina Perfetti
                            Regina Perfetti

1

Exhibit A

# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000001416911

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

---

Case Number: 1911490

| | |
|---|---|
| **Original Filename:** | 20190328100055265.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Thursday, March 28th 10:05:19 AM (local) |
| **Document Type:** | Pre-341 Deed |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Albert Russo |
| | 1 AAA Drive |
| | Suite 101 |
| | Robbinsville, NJ 08691-0000 |
| | P: (phone) +1 (609) 587-6888 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

---

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.**   The Grantor grants and conveys (transfers ownership of) the property (called "Property") described below to the Grantee. This transfer is made for the sum of $189,900.00

The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.**   (N.J.S.A. 46:15-1.1) Municipality of Township of Willingboro
Block No.   124      Lot No.   15      Qualifier No.           Account No.
☐ No lot and block or account number is available on the date of this Deed. (Check box if applicable.)

**3. Property.**   The Property consists of the land and all the buildings and structures on the land in the   Township   of   Willingboro
County of Burlington     and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable.)

See Schedule "C" attached hereto and made a part hereof.

BEING the same land and premises which became vested in Salvatore K. Pelonero, married man, by Deed from Margaret A. Feeney, dated July 15, 2005, recorded August 9, 2005 in Deed Book 6302, page 720.

2006 MAR 22 P 1:13
ARRIVED

Prepared by: *(print signer's name below signature)*

F. S. GURK, ESQUIRE

(For Recorder's Use Only)

103 – Deed - Bargain and Sale Cov. to Grantor's Act -
Ind. to Ind. or Corp. Plain Language
Rev. 7/01   P6/05

DB 06375 PG 544

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International,
www.aslegal.com   800.222.0510   P.

The street address of the Property is: 9 Spindletop Lane, Willingboro, NJ 08046

**4. Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor h allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allo judgment to be entered against the Grantor).

**5. Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name belo signature.)

Witness by:

_____  _____ (Seal
                                  SALVATORE K PELONERO

_____  _____ (Seal
                                  JILL PELONERO

STATE OF NEW JERSEY, COUNTY OF Burlington          SS:
I CERTIFY that on       March 17, 2006
         Salvatore K. Pelonero and Jill Pelonero
personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed; and
(b) executed this Deed as his or her own act; and
(c) made this Deed for $ 189,000.00                  as the full and actual consideration paid or to be paid
transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

RECORD AND RETURN TO:

RECORD & RETURN TO:
SURETY TITLE CORPORATION
3 E. STOW RD.
MARLTON, NJ 08053

_____
*Print name and title below signature*

Lorri E. Palona
Notary Public of New Jersey
My Commission Expires 08/25/2009

103 - Deed - Bargain and Sale Cov. to Grantor's Act -
Ind. to Ind. or Corp. Plain Language
Rev. 7/01   P6/05

DB 06375 PG 545

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International
www.aslegal.com   800.222.0510

Please Print or Type

## SELLER(S) INFORMATION (See Instructions, Page 2)

Name(s): Salvatore K. Pelonero and Jill Pelonero

Current Resident Address:

Street: 7538 Olean Rd.

City, Town, Post Office: Holland    State: NY    Zip Code: 14080

## PROPERTY INFORMATION (Brief Property Description)

Block(s): 124    Lot(s): 15    Qualifier:

Street Address: 9 Spindletop Lane

City, Town, Post Office: Willingboro    State: NJ    Zip Code: 08046

Seller's Percentage of Ownership: 100%    Consideration: $189,900.00    Closing Date: March 17, 2006

## SELLER ASSURANCES (Check the Appropriate Box)

1. [X] I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. [ ] The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. [ ] I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. [ ] Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. [ ] Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. [ ] The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. [ ] The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale.

8. [ ] Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

## SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

3-17-06    Salvatore K. Pelonero (Seller)    Jill Pelonero (Signature)
Date    Please Indicate if Power of Attorney or Attorney in Fact

3-17-06    (Seller) Signature
Date    Please Indicate if Power of Attorney or Attorney in Fact

DB06375PG546



## TITLE INSURANCE COMMITMENT

### File Number: 68860

## SCHEDULE C
## LEGAL DESCRIPTION

ALL that certain land and premises situate in the Township of Willingboro, County of Burlington and the State of New Jersey, bounded and described as follows:

BEGINNING at a point in the Westerly line of Geraldine Road, therein distant 284.64 feet Southerly from the produced intersection of the Southerly line of Silvia Place with the Westerly line of Geraldine Road; thence extending

(1) Along the Westerly line of Geraldine Road, South 37 degrees 30 minutes 00 seconds West, 48.00 feet to a point; thence

(2) North 52 degrees 30 minutes 00 seconds West, 100.00 feet to a point; thence

(3) North 37 degrees 30 minutes 00 seconds East, 48.00 feet to a point; thence

(4) South 52 degrees 30 minutes 00 seconds East, 100.00 feet to a point in the Westerly line of Geraldine Road, the point and place of BEGINNING.

BEING known and designated as Lot 42 in Block 140 as shown on a certain map entitled "Final Plat North Arlington Heights, situated in the Borough of North Arlington, Bergen County, New Jersey" and filed in the Bergen County Clerk's Office on December 9, 1960 at Filed Map No. 5626.

BEING known as Lot 15 , Block 124 as shown on the Township of Willingboro tax map.

COMMONLY known as 9 Spindletop Lane.

OB06375PG547

Page 6
ALTA COMMITMENT – PURCHASE (1 to 4 FAMILY)

RECORD & RETURN TO:
SURETY TITLE CORPORATION
3 E. STOW RD.
MARLTON, NJ 08053

Schedule C Consists of 1 Page(s)

# RECORDING DATA PAGE

```
Consideration  : $189,900.00
Code           : S
Transfer Fee   : $868.00
Recording Date : 03/27/2006
Document No    : 4289585    ccscelza

SURETY TITLE CORP
3 E STOW RD SUITE 100
MARLTON, NJ  08053


Receipt No     : 622199
Document No    : 4289585
Document Type  : DEED
Recording Date : 03/27/2006
Login Id       : ccscelza

         Recorded
    Mar 27 2006 09:44am
Burlington County Clerk
```

*Unofficial Document*

**Clerk of Burlington County • 49 Rancocas Rd. • Mt. Holly, NJ 08060**
609-265-5180

DB06375PG548

*Exhibit B*

# Certification of Document Receipt

## 13 DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000001416908

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or 13 Documents staff.

---

**Case Number:** 1911490

| | |
|---|---|
| **Original Filename:** | 20190328095642795.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Thursday, March 28th 10:03:21 AM (local) |
| **Document Type:** | Pre-341 Homeowners Insurance |
| **Uploaded by:** | Regina Perfetti <reginaperfetti1@gmail.com> |
| **In-Transit for:** | Albert Russo |
| | 1 AAA Drive |
| | Suite 101 |
| | Robbinsville, NJ 08691-0000 |
| | P: (phone) +1 (609) 587-6888 |

*13 Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

---

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The 13 Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

State Farm Fire and Casualty Company
A Stock Company With Home Offices In Bloomington, Illinois

100 State Farm Place
Ballston Spa, NY 12020-8000

 StateFarm

```
AT1        H-17-9DBF-FB27  F  HW
                    3201
KELLY, RODNEY J
9 SPINDLETOP LN
WILLINGBORO NJ   08046-1416
```

## DECLARATIONS

AMENDED JUL 6 2018

**AMOUNT DUE:**  None
**Payment is due by**  None

**Policy Number:**

**Policy Period:**  12 Months
**Effective Dates:** JUL 25 2018 to JUL 25 2019
The policy period begins and ends at 12:01 am standard time at the residence premises.

**Your State Farm Agent**
KEVIN COAN  CLU, CHFC
2902 ROUTE 130 STE 4
DELRAN NJ 08075-2525

Phone: (856) 461-2222

### HOMEOWNERS POLICY

**Location of Residence Premises**
9 SPINDLETOP LN
WILLINGBORO NJ 08046-1416

**Construction:**     Frame
**Year Built:**       1969

**Automatic Renewal**
If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

### IMPORTANT MESSAGES
Your policy is amended JUL 6 2018
HOME/AUTO DISCOUNT ADDED
Other items shown are effective
with the policy's 2018 renewal

### PREMIUM
Endorsement Premium
DECREASE                                                                                      $   386.36
NJ Surcharge                                                                                  $     2.00cr
Your premium has already been adjusted by the following:
  Home/Auto
  Claim Record

Prepared   JUL 20 2018                                                                        Page 1 of 3
HO 2000



30-BD-B662-5

## FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2130 | Homeowners Policy |
| HO-2466 | Fungus (Incl Mold) Limited Cov |
| HO-2444 | Back-Up Of Sewer Or Drain - 5% of Coverage A/$ 8,920 |
| HO-2558 | Workers' Comp & Employers Liab |
| HO-2465 | Fungus (Incl Mold) Liability |
| Option JF | Jewelry and Furs $1,500 Each Article/$2,500 Aggregate |
| Option ID | Increase Dwlg Up to $ 35,680 |
| Option OL | Ordinance/Law 10%/$ 17,840 |

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yauell*
Secretary

*Michael F Tyson*
President

## Homeowners Insurance

THIS SUMMARY HIGHLIGHTS THE NOTABLE COVERAGES AND EXCLUSIONS ASSOCIATED WITH YOUR HOMEOWNERS INSURANCE POLICY AND IS ONLY PROVIDED AS GUIDANCE IN HELPING YOU UNDERSTAND YOUR POLICY. THIS SUMMARY DOES NOT ALTER YOUR COVERAGE IN ANY WAY. YOUR INSURANCE POLICY IS A CONTRACT THAT GOVERNS YOUR LEGAL RIGHTS. PLEASE CONTACT YOUR AGENT IF YOU HAVE ANY QUESTIONS.

REFER TO YOUR DECLARATIONS PAGE FOR INFORMATION ON DEDUCTIBLES AND THE SPECIFIC LIMITS OF YOUR POLICY FOR EACH OF THE INCLUDED COVERAGES. REFER TO THE APPLICABLE POLICY PROVISIONS FOR OTHER INFORMATION SPECIFIC TO THESE COVERAGES, AND ON ANY ADDED COVERAGES OR EXCLUSIONS IN YOUR POLICY. FOR ADDITIONAL GUIDANCE AND INFORMATION, SEE THE INSURING YOUR HOME GUIDE ON THE DEPT. OF BANKING AND INSURANCE WEBSITE AT http://www.state.nj.us/dobi/division_consumers/pdf/insuringyourhome.pdf

Most homeowners policies in New Jersey include the following common coverages:

- **Dwelling** - pays if your house is damaged or destroyed by a covered loss.
- **Other structures** - pays if structures not attached to your house, such as detached garages, storage sheds, and fences are damaged or destroyed by a covered loss.
- **Personal property** - pays if the items in your house (such as furniture, clothing, and appliances) are damaged, stolen, or destroyed by a covered loss.
- **Loss of use** - pays your additional living expenses (costs over the normal amount for housing, food, and other essential expenses) if you must temporarily move because damage to your house from a covered loss renders it uninhabitable.
- **Personal liability** - pays to defend you in court against certain lawsuits and provides coverage if you are found legally responsible for someone else's injury or property damage.
- **Medical payments to others** - pays the medical bills of people hurt on your property. It might also pay for some injuries that happen away from your home, such as your dog biting someone at the park.

**Policy Features**

- Companies may exclude coverage for certain losses. Even the most comprehensive policy will exclude certain types of damage.
- All policies include an all-peril deductible. The deductible is the portion for which you are responsible on a covered property loss.
- Some policies may include a separate, optional wind/hail deductible, and/or a mandatory or optional hurricane deductible.
- Companies may offer optional coverages that include oil tank liability, coverage for water back up and sump pump overflow, ordinance or law coverage, earthquake and scheduled personal property such as jewelry, fine arts, furs or silverware.

| Your Policy Covers Losses Caused by | Your Policy Does Not Cover Losses Caused by |
|---|---|
| Fire and lightning | Flooding including tidal surge (Note: Flood insurance may be available through the National Flood Insurance Program (www.floodsmart.gov)) |
| Sudden and accidental damage by smoke | Earth movement, landslides, mudslides & sinkholes |
| Explosion | Termites, insects, rats, mice, birds or other vermin |
| Theft | Freezing pipes (unless water was shut off or building was heated) |
| Vandalism and malicious mischief | Certain perils if your house is vacant for the number of days specified by your policy |
| Aircraft and vehicles | Wear and tear, rotting, maintenance and pollution |
| Windstorm or hail | Wind or hail damage to trees and shrubs |
| Sudden and accidental water damage | Mold, unless it is as a result of a covered loss (for example, mold damage due to flood would not be covered) |
| Weight of ice, snow or sleet | Water damage resulting from continuous and repeated seepage |
| Riot and civil commotion | Liability which results from the ownership or use of an automobile and other types of motorized land vehicles, aircraft or certain watercraft |
|  | Intentional acts caused by you or a resident of your home |
|  | War or Nuclear Hazard |
|  | Earthquake |

597 10063 04 17 2015 (o1f0848a)