**Fill in this information to identify your case:**

Debtor 1: Rodney Jose Kelly
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing)  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|   |   | Your assets Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
|   | 1a. Copy line 55, Total real estate, from Schedule A/B............ | $ 150,000.00 |
|   | 1b. Copy line 62, Total personal property, from Schedule A/B............ | $ 2,365,920.55 |
|   | 1c. Copy line 63, Total of all property on Schedule A/B............ | $ 2,515,920.55 |

### Part 2: Summarize Your Liabilities

|   |   | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|   | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ 195,620.46 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|   | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............ | $ 0.00 |
|   | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ | $ 10,094.00 |
|   | **Your total liabilities** | **$ 205,714.46** |

### Part 3: Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............ | $ 4,284.70 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............ | $ 3,487.79 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes
7. What kind of debt do you have?
   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1    Rodney Jose Kelly    Case number *(if known)*

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 4,284.70

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

From Part 4 on *Schedule E/F*, copy the following:    Total claim

9a. Domestic support obligations (Copy line 6a.)    $ 0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0.00

9d. Student loans. (Copy line 6f.)    $ 0.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    +$ 0.00

9g. Total. Add lines 9a through 9f.    $ 0.00