UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RODNEY JOSE KELLY

| | |
|---|---|
| Case No.: | 19-11490 |
| Hearing Date: | June 25, 2019 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed    ☐ Modified

# ORDER DENYING MOTION

## TO EXPUNGE THE CLAIM OF WELLS FARGO BANK, N.A., NO. 3-1

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The motion to expunge having been filed on April 9, 2019 by _____Mark W. Ford, Esq._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, for good cause shown, and for all the arguments set forth in claimant's opposition, which are incorporated here by reference; it is

ORDERED that the aforesaid motion is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*