UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

RODNEY JOSE KELLY

**Order Filed on July 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-11490

Hearing Date: June 25, 2019

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER DENYING MOTION

## TO EXPUNGE THE CLAIM OF WELLS FARGO BANK, N.A., NO. 3-1

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The motion to expunge having been filed on April 9, 2019 by _____Mark W. Ford, Esq._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, for good cause shown, and for all the arguments set forth in claimant's opposition, which are incorporated here by reference; it is

ORDERED that the aforesaid motion is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-11490-MBK
Rodney Jose Kelly                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin         Page 1 of 1            Date Rcvd: Jul 02, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db              +Rodney Jose Kelly,    9 Spindletop Lane,    Willingboro, NJ 08046-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Mark W Ford     on behalf of Debtor Rodney Jose Kelly markfordlaw@juno.com
          Mark W Ford    on behalf of Trustee Albert    Russo markfordlaw@juno.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 6