| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>Rodney Kelly<br>9 Spindletop Lane<br>Willingboro, New Jersey 08046<br>Tel: 609-534-3874<br>*"Debtor"* (*Pro Se*) | U.S. BANKRUPTCY COURT<br>FILED<br>TRENTON, NJ<br><br>2019 AUG -5  P 12: 28<br><br>BY: _____<br>DEPUTY CLERK |
| In Re:<br><br>Rodney Jose Kelly a/k/a Rodney J. Kelly<br>a/k/a Rodney Kelly<br><br>Debtor | Case No.: 19-11490<br><br>Chapter: 13<br><br>Hearing Date: August 6, 2019<br><br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATE OF SERVICE

1. I, Rodney Kelly, am the debtor in this case, appearing pro se.

2. On 8/5/2019, I caused the following documents to be served upon the parties listed below who I listed as the creditor in this case:

    (1) Supplemental Certification of Debtor Rodney J. Kelly in Opposition to Motion for Relief from Automatic Stay; (2) Exhibit A; and (3) Certificate of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 08/5/2019

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | ATTORNEYS FOR THE PURPORTED CREDITOR FOR PROOF OF CLAIM 3-1 | Regular Mail |
| Mark W. Ford, Esq.<br>Law Firm of Mark W. Ford, LLC<br>PO Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030<br>Tel: 856-456-8811 | DEBTOR'S ATTORNEY | Regular Mail |
| ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853<br>Trustee in Bankruptcy | TRUSTEE | Regular Mail |
| US TRUSTEE<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US TRUSTEE | REGULAR MAIL |