Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19−11490−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   aka Rodney J. Kelly, aka Rodney Kelly
   9 Spindletop Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2163

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2019
JAN: kmf

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11490-MBK
Rodney Jose Kelly                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Nov 22, 2019
                              Form ID: 148           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
```
db           +Rodney Jose Kelly,    9 Spindletop Lane,    Willingboro, NJ 08046-1416
518049308    +Carrington Mortgage,    1600 South Douglass Rd,    Suite 200-A,    Anaheim, CA 92806-5951
518354754    +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517986369     FGC Commercial Mortgage Fianance,    DBA Fremont Mortgage,    175 North Riverview Dr.,
               Anaheim, CA  92808-1225
518049310     GM Financial,    POB183593,    Arlington, TX  76096-3853
518049309     Ocwen Loan Servicing LLC,    POB 24738,    West Palm Beach, FL  33416-4738
518049314     Pep Boys,    3111 West Alleghany Ave,    Philadelphia, PA  19132-1116
518049315     Rushmore Services Center,    POB 5508,    Sioux Falls, SD  57117-5508
517986371     Willingboro Township,    Attn: Tax Collector,    1 Dr. M.L. King Drive,    Willingboro, NJ  08046
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:21     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518354754    +E-mail/Text: BKBCNMAIL@carringtonms.com Nov 23 2019 01:25:33
               Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
518049311    +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 23 2019 01:26:58     Harley Davidson Credit,
               3850 Arrowhead Dr,    Carson City, NV 89706-2016
518049312     EDI: JEFFERSONCAP.COM Nov 23 2019 05:48:00      Jefferson Capital System,    16 McLeland Rd,
               Saint Cloud, MN  56303
518049312     E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 23 2019 01:26:35     Jefferson Capital System,
               16 McLeland Rd,    Saint Cloud, MN  56303
518062239     EDI: JEFFERSONCAP.COM Nov 23 2019 05:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
518062239     E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 23 2019 01:26:35     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
517986370     EDI: JEFFERSONCAP.COM Nov 23 2019 05:48:00      Fingerhut,    Attn: Jefferson Caapital Systems,
               16 McLeland Rd.,    St. Cloud, MN  56303-2198
517986370     E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 23 2019 01:26:35     Fingerhut,
               Attn: Jefferson Caapital Systems,    16 McLeland Rd.,    St. Cloud, MN  56303-2198
518049313     EDI: AGFINANCE.COM Nov 23 2019 05:48:00      One Main,    POB 140489,    Irving, TX  75014-0489
518144135     EDI: PRA.COM Nov 23 2019 05:48:00      Portfolio Recovery Associates, LLC,
               C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517988252    +EDI: RMSC.COM Nov 23 2019 05:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518049307    +EDI: WFFC.COM Nov 23 2019 05:48:00      Wells Fargo,    4143 121 St,    Urbandale, IA 50323-2310
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
```
          Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Nov 22, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Kevin Gordon McDonald   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Mark W Ford    on behalf of Debtor Rodney Jose Kelly markfordlaw@juno.com
          Mark W Ford    on behalf of Trustee Albert   Russo markfordlaw@juno.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```