Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 19-11490 / MBK**

Rodney Jose Kelly

Petition Filed Date: 01/24/2019  
341 Hearing Date: 02/21/2019  
Confirmation Date:

Case Status: **Dismissed Before Confirmation on 11/21/2019**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/11/2019 | $600.00 | 25623534600 | 04/02/2019 | $200.00 | 57539310 | 06/03/2019 | $200.00 | 59077250 |
| 07/02/2019 | $200.00 | 59852900 | 08/02/2019 | $200.00 | 60652140 | | | |

**Total Receipts for the Period: $1,400.00   Amount Refunded to Debtor Since Filing: $1,317.00   Total Receipts Since Filing: $1,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rodney Jose Kelly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MARK W FORD | Attorney Fees | $4,250.00 | $0.00 | $4,250.00 |
| | | No Disbursements: No Check | | | |
| 1 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $163.01 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES  »» CAPITAL ONE | Unsecured Creditors | $1,011.26 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK N.A.  »» P/9 SPINDLETOP LN/1ST MTG/SV 8/7/19 | Mortgage Arrears  Hold Funds: Stay Vacated | $152,768.52 | $0.00 | $0.00 |
| 0 | Rodney Jose Kelly | Debtor Refund | $1,317.00 | $1,317.00 | $0.00 |

### SUMMARY

**Your case was Dismissed Before Confirmation on 11/21/2019.**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | |
|---|---|
| Total Receipts: | $1,400.00 |
| Paid to Claims: | $1,317.00 |
| Paid to Trustee: | $83.00 |
| Funds on Hand: | $0.00 |