Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  19–11490–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rodney Jose Kelly
    aka Rodney J. Kelly, aka Rodney Kelly
    9 Spindletop Lane
    Willingboro, NJ 08046
Social Security No.:
    xxx–xx–2163
Employer's Tax I.D. No.:

_____

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 4, 2020</u>                    <u>Michael B. Kaplan</u>
                                               Judge, United States Bankruptcy Court